STATE OF MINNESOTA

COUNTY OF HENNEPIN

**AFFIDAVIT OF SERVICE**

*METRO LEGAL SERVICES*

Bob Yates, being duly sworn, on oath says:

that on November 26, 2013, at 8:30 AM he served the attached:

Summons & Complaint upon:

McGLYNN MARKETING LLC, (d/b/a "United Credit Consultants") a limited liability company, therein named, personally at:

418 Gateway Boulevard, Burnsville, County of Dakota, State of Minnesota, by handing to and leaving with Joseph A. McGlynn, Chief Manager, a true and correct copy thereof.

_____
Bob Yates

Subscribed and sworn to before me on

__11-26__, 2013

_____

STACY A. STELTZNER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015


*1830008 - 1*

RE: Fehlen, Peter v. UCC

[redacted]

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Peter Fehlen,

*Plaintiff,*

v. Case No. 0:13−cv−03248−PJS−TNL

McGlynn Marketing LLC, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: McGlynn Marketing LLC, d/b/a United Credit Consultants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark L Heaney
13911 Ridgedale Drive Ste 110
Minnetonka, MN
55305

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Lynnette Brennan

Signature of Clerk or Deputy Clerk

Lynnette Brennan

Date of Issuance: November 25, 2013

